IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUNG B. HAN,

    Plaintiff,

v.                                                            3:13cv163-WS

YEHIA IBRAHIM,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed April 30, 2013. The magistrate judge recommends that this case be dismissed for lack of subject matter jurisdiction. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. All pending motions are DENIED.

DONE AND ORDERED this   3rd   day of    June   , 2013.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE